| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) FRIEDMAN, BERNARD A. | 2. Court or Organization EASTERN DISTRICT OF MICHIGAN | 3. Date of Report 07/02/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) SENIOR U. S. DISTRICT JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination ☐ Date ☐ Initial ☑ Annual ☐ Final | 6. Reporting Period 01/01/2011 to 12/31/2011 |
| | 5b. ☑ Amended Report | |

**7. Chambers or Office Address**

100 UNITED STATES COURTHOUSE
231 WEST LAFAYETTE BOULEVARD
DETROIT, MICHIGAN 48226

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1982-pre | State of Michigan 48th District Court Pension Fund |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 07/02/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Self-Employed Psychological Practice |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 07/02/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA AND PENSION ACCOUNT: 48TH DISTRICT COURT | | None | | | (Heading) | | | | |
| 2. Large Cap Blend/MFS Fund | A | Dividend | M | T | Open | 12/15/11 | M | | Fund Name Changed |
| 3. AIM Fund | A | Dividend | J | T | | | | | Entered in Error |
| 4. Investco Dynamic | A | Dividend | J | T | | | | | |
| 5. Templeton Foreign Fund | A | Dividend | K | T | | | | | |
| 6. STATE OF MICHIGAN 401 K | | None | | | (Heading) | | | | |
| 7. Dodge & Cox Stock Fund | A | Dividend | K | T | | | | | |
| 8. Am Fund Euro-Pacific | A | Dividend | J | T | | | | | |
| 9. Rainier Lg. Cap. (formerly Legg Mason) | A | Dividend | J | T | | | | | |
| 10. FIDELITY FUND MANAGER PROGRAM PORTFOLIO ADVISORY (IRA) | | None | | | | | | | (Heading) |
| 11. Strategic Advisers Core Fund | B | Dividend | K | T | | | | | |
| 12. Strategic Advisers Growth Fund | A | Dividend | K | T | | | | | |
| 13. Strategic Advisers Value Fund | B | Dividend | K | T | | | | | |
| 14. Strategic Advisers Emerging Markets | A | Dividend | J | T | | | | | |
| 15. Strategic Advisers U S Opportunity Fund | A | Dividend | J | T | | | | | |
| 16. Strategic Advisers Small-Mid Cap Fund | A | Dividend | J | T | | | | | |
| 17. Strategic Advisers International Fund | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 07/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Capital & Income | A | Dividend | J | T | | | | | |
| 19. Fidelity Short Term Bond | A | Dividend | J | T | | | | | |
| 20. Fidelity Total Bond | A | Dividend | J | T | | | | | |
| 21. Strategic Advisers Income Opportunities | A | Dividend | J | T | | | | | |
| 22. Strategic Advisers Core Income Fund | A | Dividend | J | T | | | | | |
| 23. Franklin Gold & Precious Metals CL A | A | Dividend | J | T | | | | | |
| 24. Pimco Total Return Adm. Shares | A | Dividend | J | T | | | | | |
| 25. Pimco Short-Term Adm. Shares | A | Dividend | J | T | | | | | |
| 26. Pimco Commodity Real Ret Strat Admin CL | A | Dividend | J | T | | | | | |
| 27. T Rowe Price High Yield Adv CL | A | Dividend | J | T | | | | | |
| 28. Templeton Global Bond Class A | A | Dividend | J | T | | | | | |
| 29. Lloyd's Mobile Home Ltd. P'ship Int. | B | Distribution | K | W | | | | | |
| 30. Archwood Apt. Assoc. Ltd. Partnership Interest | A | Distribution | K | W | | | | | |
| 31. Lighthouse Pte. Apt. Project Limited Partners | | None | K | W | | | | | |
| 32. Weathervane Apt. Assoc., a Ltd. Partnership | | None | K | W | | | | | |
| 33. Bellridge Apartment Assoc., Limited Partnership | | None | K | W | | | | | |
| 34. Kingsborough Ltd. P/S in Mobile Home Park | | None | K | W | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 07/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. High Country, Ltd. | A | Distribution | K | W | | | | | |
| 36. OLTC, Ltd. | | None | K | W | | | | | |
| 37. JPMorgan Chase | B | Dividend | J | T | | | | | |
| 38. Certificates of Deposit/Regular Savings - JP Morgan Chase | A | Interest | M | T | | | | | |
| 39. Nationwise Ins. Co. | A | Interest | K | T | | | | | |
| 40. U. S. Savings Bonds | B | Interest | K | T | | | | | |
| 41. (CAPTION) COMMON STOCKS | | None | | | (Heading) | | | | |
| 42. Pepsico | C | Dividend | N | T | | | | | |
| 43. Disney | A | Dividend | J | T | | | | | |
| 44. Kellogg | A | Dividend | K | T | | | | | |
| 45. Lockheed Martin | A | Dividend | J | T | | | | | |
| 46. CMS Energy | A | Dividend | J | T | | | | | |
| 47. NCR | A | Dividend | J | T | | | | | |
| 48. Teradata Corporation | | None | J | T | | | | | |
| 49. Target | A | Dividend | J | T | | | | | |
| 50. Wal-Mart | A | Dividend | J | T | | | | | |
| 51. Glimcher Realty Trust | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 07/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. U. S. Bancorp | A | Dividend | J | T | | | | | |
| 53. Magellan Fund - Fidelity | A | Interest | J | T | | | | | |
| 54. (CAPTION) MUNICIPAL BONDS | | None | | | (Heading) | | | | |
| 55. University of Cincinnati Ohio | A | Interest | K | T | | | | | |
| 56. White Cloud Michigan Public Schools | A | Interest | | | Sold | 04/25/11 | L | A | Merrill Lynch |
| 57. CD Banco Puerto Rico | A | Interest | | | Redeemed | 11/18/11 | L | | Merrill Lynch |
| 58. CD Discovery Bank | A | Interest | L | T | | | | | |
| 59. DC Ren *X | A | Interest | | | Redeemed | 04/01/11 | L | A | Merrill Lynch |
| 60. White Cloud Pub Sch *X | A | Interest | | | Sold | 04/25/11 | L | A | Merrill Lynch |
| 61. Baltimore County M/T *X | A | Interest | | | Redeemed | 06/01/11 | K | A | Merrill Lynch |
| 62. Jasper Wtr Wks/Wts *X | A | Interest | | | Redeemed | 06/01/11 | K | A | Merrill Lynch |
| 63. Metro Pea IL Ded Tax St *X | A | Interest | | | Redeemed | 06/15/11 | J | A | Merrill Lynch |
| 64. Rich LD - Dean Bissm In *X | A | Interest | | | Redeemed | 7/15/11 | J | A | Merrill Lynch |
| 65. Grand Rapids - Kent County *X | A | Interest | | | Redeemed | 12/01/11 | K | A | Merrill Lynch |
| 66. ND St Mun Bd *X | A | Interest | K | T | | | | | |
| 67. Utah Trans Aut Sales Tx *X | A | Interest | J | T | | | | | |
| 68. Galveston Tx *X | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 07/02/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Pennyslvania State U | A | Interest | K | T | | | | | |
| 70. Morgan Stanley | A | Interest | K | T | | | | | |
| 71. Washington State Motor | A | Interest | K | T | | | | | |
| 72. Ohio State Higher Ed. | A | Interest | K | T | | | | | |
| 73. Raleigh NC Pub | A | Interest | K | T | | | | | |
| 74. Ill Financial Aut Rev | A | Interest | K | T | | | | | |
| 75. Tortoise Energy | A | Interest | J | T | | | | | |
| 76. ATT | A | Dividend | K | T | | | | | |
| 77. Am. Bal. Fund | A | Dividend | K | T | | | | | |
| 78. Waste Mgt. | A | Dividend | J | T | | | | | |
| 79. MERRILL LYNCH MANAGED ACCOUNT | | | | | | | | | (Heading) |
| 80. American Capital World | A | Dividend | K | T | | | | | |
| 81. Blackrock Global | A | Dividend | K | T | | | | | |
| 82. Fairholme Fund | A | Dividend | K | T | | | | | |
| 83. Franklin Mutual Global | A | Dividend | K | T | | | | | |
| 84. IVA Worldwide | A | Dividend | K | T | | | | | |
| 85. IVY Asset Strategy | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 07/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | Jensen Portfolio CL 1 | A | Dividend | K | T | | | | | |
| 87. | Pimco All Asset All | A | Dividend | K | T | | | | | |
| 88. | Pimco Global Multi | A | Dividend | K | T | | | | | |
| 89. | Third Avenue Value Fund | A | Dividend | K | T | | | | | |
| 90. | UAM FPA Crescent Port | A | Dividend | K | T | | | | | |
| 91. | Wells Fargo Advantage | A | Dividend | K | T | | | | | |
| 92. | (CAPTION) IRAs and SEPs | | None | | | (Heading) | | | | |
| 93. | (CAPTION) FIDELITY CORP. IRA | | None | | | (Heading) | | | | |
| 94. | Diversified International | A | Dividend | J | T | | | | | |
| 95. | Appreciation Fund | A | Dividend | J | T | | | | | |
| 96. | Stock Selector Fund | A | Dividend | J | T | | | | | |
| 97. | Magellan | A | Dividend | J | T | | | | | |
| 98. | (CAPTION) FIDELITY SEP/IRA | | None | | | (Heading) | | | | |
| 99. | Fidelity Canada | A | Dividend | J | T | | | | | |
| 100. | Contrafund | A | Dividend | K | T | | | | | |
| 101. | Fidelity Bal | A | Dividend | J | T | | | | | |
| 102. | Fidelity Growth & Income | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 07/02/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Alpine Realty Income | A | Dividend | J | T | | | | | |
| 104. Fidelity International Disc. | A | Dividend | J | T | | | | | |
| 105. Newberger Brennan P/S | A | Dividend | J | T | | | | | |
| 106. Janus Fund | A | Dividend | J | T | | | | | |
| 107. American Century IRA/S & F Ultra Fund | A | Dividend | J | T | | | | | |
| 108. (CAPTION) T. ROWE PRICE SEP/IRA | | None | | | (Heading) | | | | |
| 109. Capital Appreciation | A | Dividend | J | T | | | | | |
| 110. (CAPTION) COMMON STOCK HELD BY WELLS FARGO | | None | | | (Heading) | | | | WFargo bought Wachovia |
| 111. Air Products & Chem. | A | Dividend | L | T | | | | | |
| 112. Alcatel - Lucent | A | Dividend | J | T | | | | | |
| 113. American International Group | A | Dividend | J | T | | | | | |
| 114. Archer Daniels Midland | A | Dividend | J | T | | | | | |
| 115. Arkema | A | Dividend | J | T | | | | | |
| 116. AT&T | A | Dividend | K | T | | | | | |
| 117. Autoliv, Inc. | A | Dividend | J | T | | | | | |
| 118. Bristol Myers Squibb | A | Dividend | K | T | | | | | |
| 119. CISCO Systems | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 07/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Citadel Broadcasting | A | Dividend | | | Closed | 04/11/11 | J | A | Bankruptcy Court |
| 121. Coca-Cola | A | Dividend | K | T | | | | | |
| 122. Covidien, Ltd. | A | Dividend | J | T | | | | | |
| 123. Duke Energy | A | Dividend | J | T | Buy | 11/14/11 | J | | Merrill Lynch |
| 124. Fifth Third Bank | A | Dividend | J | T | | | | | |
| 125. Gartner Group - B | A | Dividend | J | T | | | | | |
| 126. General Electric | A | Dividend | K | T | | | | | |
| 127. General Mills | A | Dividend | K | T | | | | | |
| 128. Home Depot | A | Dividend | J | T | | | | | |
| 129. Hospira Inc. | A | Dividend | | | Donated | | | | |
| 130. Intel Corp. | A | Dividend | J | T | | | | | |
| 131. Janus Cap Group, Inc. | A | Dividend | J | T | | | | | |
| 132. Johnson & Johnson | A | Dividend | M | T | | | | | |
| 133. J. P. Morgan Chase | A | Dividend | L | T | | | | | |
| 134. Kimberly Clark | A | Dividend | K | T | | | | | |
| 135. Limited | A | Dividend | J | T | | | | | |
| 136. LSI Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 07/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Masco Corp. | A | Dividend | J | T | | | | | |
| 138. McDonald's Corp. | A | Dividend | M | T | | | | | |
| 139. Merck & Co. | B | Dividend | M | T | | | | | |
| 140. Motorola | A | Dividend | J | T | | | | | |
| 141. Pitney Bowes | A | Dividend | J | T | | | | | |
| 142. Proassurance | A | Dividend | K | T | | | | | |
| 143. Prudential Financial | A | Dividend | J | T | | | | | |
| 144. Royal Dutch Petroleum | A | Dividend | K | T | | | | | |
| 145. Sysco Corp. | A | Dividend | L | T | | | | | |
| 146. TE Connectivity | A | Dividend | J | T | | | | | |
| 147. Tyco International | A | Dividend | K | T | | | | | |
| 148. Wells Fargo | A | Dividend | L | T | | | | | |
| 149. Walgreen | A | Dividend | J | T | | | | | |
| 150. Walt Disney | A | Dividend | J | T | | | | | |
| 151. Whole Foods | A | Dividend | J | T | | | | | |
| 152. COLUMBIA SPECIAL FUND | A | Dividend | J | T | | | | | |
| 153. American Inv FDS European Growth | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 07/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Federated Kaufman | A | Dividend | J | T | | | | | |
| 155. R S Value Fund | A | Dividend | J | T | | | | | |
| 156. Janus Contrarian *X | A | Dividend | J | T | | | | | |
| 157. Neuberger & Berman Equity FD *X | A | Dividend | J | T | | | | | |
| 158. Select Am Shares *X | A | Dividend | J | T | | | | | |
| 159. Wells Fargo Bank CD | A | Dividend | O | T | | | | | |
| 160. (CAPTION) J. P. MORGAN | | None | | | (Heading) | | | | |
| 161. J. P. Morgan Mid-Cap Value Fund | A | Dividend | K | T | | | | | |
| 162. J. P. Morgan Intrep. Mid-Cap | A | Dividend | K | T | | | | | |
| 163. J. P. Morgan Small Cap Value Fund | A | Dividend | K | T | | | | | |
| 164. J. P. Morgan International Fund | A | Dividend | J | T | | | | | |
| 165. (CAPTION) VANGUARD | | None | | | (Heading) | | | | |
| 166. Growth Index Fund | A | Dividend | J | T | | | | | |
| 167. FIDELITY PORTFOLIO FND. MGR ACCT. (NO CTRL/ASSET SELEC. 1) | | | | | | | | | (Heading) |
| 168. Fidelity Advisor Mid Cap II CL | A | Dividend | K | T | | | | | |
| 169. Fidelity Advisor Growth Oppties CL 1 | A | Dividend | K | T | | | | | |
| 170. Fidelity Advisor Intl Discovery CL 1 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 07/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Fidelity Diversified International | A | Dividend | J | T | | | | | |
| 172. Fidelity Intl Cap Appreciation Fund | A | Dividend | J | T | | | | | |
| 173. Fidelity Blue Chip Growth | B | Dividend | J | T | | | | | |
| 174. Aberdeen Emerging Mrkts Instl SVC | A | Dividend | J | T | | | | | |
| 175. Allianz NFJ Small Cap Val Admin Class | A | Dividend | J | T | | | | | |
| 176. Artisan Intl Value Fund Inv CL | A | Dividend | J | T | | | | | |
| 177. Artio Intl Equity Fund II CL A | A | Dividend | J | T | | | | | |
| 178. Baron Growth | A | Dividend | J | T | | | | | |
| 179. William Blair Intl Growth Class | A | Dividend | J | T | | | | | |
| 180. Causeway Intl Value Investor | A | Dividend | J | T | | | | | |
| 181. JP Morgan Mid-Cap Value Fund Select CL | A | Dividend | K | T | | | | | |
| 182. T Rowe Price Value Fund Advisor CL | A | Dividend | L | T | | | | | |
| 183. Fidelity Michigan Municipal Income | C | Dividend | L | T | | | | | |
| 184. Franklin Federal Tax Free Class A | B | Dividend | K | T | | | | | |
| 185. Pimco Commodity Real Ret Strat Admin CL | B | Dividend | J | T | | | | | |
| 186. T Rowe Price Tax Free Income ADV CL | B | Dividend | K | T | | | | | |
| 187. FIDELITY PORTFOLIO FND. MGR. ACCT. (NO CTRL/ASSET SELEC. 2) | A | Dividend | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 07/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Manulife Financial *X | A | Dividend | K | T | | | | | |
| 189. DFCU CD | A | Interest | M | T | | | | | |
| 190. WELLS FARGO IRA (heading) | | | | | | | | | (Heading) |
| 191. Janus Contrarian *X | A | Interest | J | T | | | | | |
| 192. Rowe T Price *X Equity INGM | A | Interest | J | T | | | | | |
| 193. Select Am. Shares *X | A | Interest | J | T | | | | | |
| 194. Vanguard Equity Income *X | A | Interest | K | T | | | | | |
| 195. Vanguard Prime Cap *X | A | Interest | J | T | | | | | |
| 196. Vanguard Wellington *X | A | Interest | K | T | | | | | |
| 197. Vanguard Windsor *X | A | Interest | J | T | | | | | |
| 198. | | | | | | | | | |
| 199. | | | | | | | | | |
| 200. | | | | | | | | | |
| 201. | | | | | | | | | |
| 202. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 07/02/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

All errors appearing on the Audit Report are heading lines (not investments).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature    s/ Bernard A. Friedman

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544